**846**          Cases Reported with Brief Syllabi.

Louis Cherey and Minnie Nitke, Appellants, v. Margaret McLoughlin, Respondent.— Motion to dismiss appeal granted for failure on the part of the appellants to comply with rule 12.*    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Barney Cohen, Respondent, v. Joseph Rimer and Celia Rimer, Appellants. — Motion to resettle order denied.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Mary Daporta, as Administratrix, etc., of Bernardo Daporta, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Motion to dismiss appeal denied.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of the Probate of the Paper Writing Propounded as the Last Will and Testament of Robert W. Scott, Deceased.    Virginia C. Scott, Appellant; Harrison G. Reynolds and Others, as Executors, etc., Respondents.— Motion for reargument denied.    Motion for leave to appeal to the Court of Appeals denied.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Abraham Lauterstein and Harry Shachter, Appellants, v. The Dime Savings Bank of Brooklyn, Respondent.— Motion to continue stay pending appeal granted.    Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

Moses Morris, Appellant, v. Michael Miller and Others, Respondents.— Motion to dismiss appeal granted.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Oliver Mott, Respondent, v. Sidney Matz, Appellant.— Motion for reargument denied.    Motion for leave to appeal to the Court of Appeals denied.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

New York Millwright Co., Inc., Respondent, v. Harry Yellin and Ida Yellin, Appellants, and Others, Defendants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Rose M. Palmer and Another, Appellants, v. Rotary Realty Co., Inc., and Others, Respondents.— It appears that the remittitur has been filed.    While we deprecate the practice that has obtained in this action, and are of opinion that the judgment ought to be entered, we cannot grant this motion, because of the stay.    The motion is, therefore, denied, with ten dollars costs.    Present — Kelly, P. J., Rich, Jaycox and Manning, JJ.; Kapper, J., taking no part.

The People of the State of New York, Respondent, v. Community Live Poultry Corporation, Appellant.— Motion for stay denied.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Paula J. Ritter, Respondent, v. Norristown Corporation and Others, Defendants.    Hans Klein, Appellant.— Motion for stay denied, and temporary stay vacated, with ten dollars costs.    Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

Zipe Rockove, Appellant, v. Sam Gold, Respondent, and Others, Defendants. — Motion for reargument denied.    Motion for leave to appeal to the Court of Appeals denied.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

---

* See App. Div. Rules, 2d Dept., rule 12.—[Rep.